UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNARD SALAS, JR, <br><br>                           Plaintiff, <br><br>         -against- <br><br> STATE OF NEW YORK, ET AL., <br><br>                           Defendants. | 24-cv-6966 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the October 28, 2024, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 30, 2024
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge